# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 12, 2013

Before:
JOEL M. FLAUM, Circuit Judge
DANIEL A. MANION, Circuit Judge
ILANA DIAMOND ROVNER, Circuit Judge

| | |
|---|---|
| No.: 11-3771 | JERMAINE WALKER, Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO, a municipal corporation, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:09-cv-05132<br>Northern District of Illinois, Eastern Division<br>District Judge Gary S. Feinerman | |

The district court's orders denying a new trial and denying the award of attorney fees are AFFIRMED. But, as noted above, unless there is some exceptional reason for not awarding costs to the prevailing party, the court must award costs. Because the district court erred in its determination of whether to award costs to Walker, the case is REMANDED for further proceedings consistent with this order. The above is in accordance with the decision of this court entered on this date. Each party to bear its own costs.

form name: **c7_FinalJudgment**(form ID: **132**)